UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ALDO VICTOR<br><br>  Plaintiff,<br><br>v.<br><br>EVEREST RECEIVABLE SERVICES, INC.,<br><br>  Defendant. | ) JURY TRIAL DEMANDED<br>)<br>)<br>) Case No. 6:23-CV-682-PGB-EJK<br>)<br>)<br>)<br>)<br>) |

FILED 2023 APR 17 AM 11:44 CLERK, US DISTRICT COURT MIDDLE DISTRICT FLORIDA ORLANDO, FL

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Aldo Victor an individual consumer, against Defendant, Everest Receivables Services, Inc., ("Everest") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact

business in Cocoa, Brevard County, Florida, and the conduct complained of occurred in Cocoa, Brevard County, Florida.

### III.  PARTIES

3. Plaintiff Aldo Victor (hereinafter "Mr. Victor") is a natural person residing in Cocoa, Brevard County, Florida. Mr. Victor is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Everest Receivables Services, Inc., is a New York corporation with its principal place of business located at 2351 N Forest Rd Suite 100, Getzville, NY 14068.

5. Defendant Everest Receivables Services, Inc., is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

### IV.  FACTS OF THE COMPLAINT

6. Defendant Everest Receivables Services, Inc., (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about April 2, 2023, Mr. Victor received an Email form Everest Receivables Services, Inc., attempting to collect a debt in the amount of $1,945.49 owed to Home Depot/DNF Associates LLC.

8. On or about April 2, 2023 Plaintiff replied back to the email *"Thank you for reaching out to me. I do not what happened with this account, I fell on hard times and this account went sour and now in collection. This was a good account but I now **refuse to pay this debt**."* Pursuing to 15 U.S.C 1692c(c).

9. On or about April 3, 2023 Mr. Victor received an email from Defendant *"Good Afternoon. My name is Devin Garey with Everest Receivable Services Regarding You're the Home Depot Home Improver Card, Reference number 54249857, Balance $1,945.49. Thank you for your response. At Everest Receivable Services, we understand that sometimes things happen and we want to do everything we can to help you get this back on track. We can take your situation into account to work out a resolution and have your credit updated. Please give us a call at 1-888-832-4090"* which was in violation of 15 USC 1692c(c).

10. On or about April 7, 2023 Mr. Victor received am email *"Everest Receivable Services is a debt collector. We are trying to collect a debt that you owe to DNF Associates LLC. We will use any information you*

3

*give us to help collect the debt. We understand that each person's situation is unique and we are here to help you find a solution. Feel Free to take advantage of our self-services portal where you can see your account information and make payments toward your account by visiting us at:* [https://portal.everest-inc.com](https://portal.everest-inc.com) [https://portal.everest-inc.com/login/createaccount](https://portal.everest-inc.com/login/createaccount) *(use this link if this is your first time logging in) We may even be able to settle your account for less than what you owe. Please be advised that the current creditor does report its accounts to the major credit reporting agencies. Its is possible that this account will be reported or has already been reported to the major credit reporting agencies. Please call us at 1-888-832-4090 ir reply to the email to discuss futher."* which was in violation of 15 USC 1692c(c).

11. On or about April 13, 2023 Mr. Victor received am email *"Everest Receivable Services is a debt collector. We are trying to collect a debt that you owe to DNF Associates LLC. We will use any information you give us to help collect the debt. We understand that each person's situation is unique and we are here to help you find a solution. Feel Free to take advantage of our self-services portal where you can see your account information and make payments toward your account by visiting us at:* [https://portal.everest-inc.com](https://portal.everest-inc.com) [https://portal.everest-](https://portal.everest-)

*inc.com/login/createaccount (use this link if this is your first time logging in) We may even be able to settle your account for less than what you owe. Please be advised that the current creditor does report its accounts to the major credit reporting agencies. Its is possible that this account will be reported or has already been reported to the major credit reporting agencies. Please call us at 1-888-832-4090 ir reply to the email to discuss futher."* which was in violation of 15 USC 1692c(c).

12. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, decreased ability to focus on task while at work, frustration, amongst other negative emotions, as well as damages to FICO scores.

## V. FIRST CLAIM FOR RELIEF
### (Defendant Everest Receivable Services)
### 15 U.S.C. §1692c(c)

13. Mr. Victor re-alleges and reincorporates all previous paragraphs as if fully set out herein.

14. The Debt Collector violated the FDCPA.

15. The Debt Collector's violations include, but are not limited to, the following:

The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

16. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Victor actual damages, statutory damages and cost.

### VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Victor respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(2);

D. Cost pursuant to 15 U.S.C 1692k(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

Aldo Victor

488 Coyote Dr.

Cocoa, FL 32927

954-648-4973

avictor42@gmail.com

7